**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VINCENT ARNAO,

                       Plaintiff,                  18 **CIVIL** 6801 (KMK) (AEK)

              -v-                                  **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 28, 2021, that the Commissioner's decision is reversed and this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will assign Plaintiff's case to a different Administrative Law Judge to evaluate Plaintiff's claims further, offer Plaintiff the opportunity for a new hearing, and issue a new decision.

**Dated:** New York, New York
         May 28, 2021

                                                     **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                       **BY:**
                                                         **Deputy Clerk**