UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Arnao,

                Plaintiff,                      18 Civ. 6801 (KMK) (AEK)

   -against-                                   **ORDER**

Commissioner of Social Security,

                Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    On August 26, 2021, Plaintiff's counsel filed a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), but sought leave to defer the filing of a memorandum of law "for a period of 60 days to permit the parties an opportunity to reach settlement of the fee issue." ECF No. 23. The Court has not heard anything further from counsel. Accordingly, Plaintiff's counsel must inform the Court of the status of settlement discussions **by no later than January 20, 2022**. If the issue of attorneys' fees and costs is not going to be settled, then by that same date, Plaintiff's counsel must submit to the Court a proposed briefing schedule for the motion.

Dated:  January 13, 2022
          White Plains, New York

                                                        **SO ORDERED.**

                                                          _____
                                                          ANDREW E. KRAUSE
                                                          United States Magistrate Judge